## Jack Elliott and Joseph Epstein, Appellees, v. Bulk Service Stations, Inc., Appellant.

**Gen. No. 42,469.**

opinion filed May 1, 1944; rehearing denied May 15, 1944. Bippus, Rose, Burt & Pierce, for appellant; S. T. McCray, of counsel; Wetten, Pegler & Dale, for appellees; Milton Gerwin and Greydon L. Walker, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.